

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2020

No. 04-20-00372-CV

**IN THE INTEREST OF S.P., A CHILD**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01051
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's brief was due August 25, 2020. Neither the brief nor a motion for extension of time has been filed. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2.

We **order** Cecilia Hellrung, appellant's court-appointed appellate attorney, to file appellant's brief by **September 14, 2020.** Appellant is advised that no extensions of time will be granted absent a showing of extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court